FILED '19 AUG 7 13:40USDC-ORM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon

MEDFORD Division

|  |  |
|---|---|
| Ronald Vincent Mellow _____ *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* -v- Josephine County a Political Subdivision of Orego~ _____ *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:19-cv-01230-AA *(to be filled in by the Clerk's Office)* Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald Vincent Mellow |
| Street Address | 928 SW. SPRUCE ST. |
| City and County | Grants Pass, Josephine Co. |
| State and Zip Code | OREgon 97526 |
| Telephone Number | 541-659. 2850 |
| E-mail Address | Subatomic28@Gmail. Com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*Josephine County a Political Subdivision of State Orega 500 NW 6th St. Grants Pass, Josephin County OREGON 97526*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.

Amendment 14 Section 1
Amendment 15 Right to Vote
Amendment 1 Petition to Redress Grievances
Due Process Search n Seizure

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Ronald V Mellow , is a citizen of the
State of *(name)* Oregon .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the
same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation Political Subdivision of Oregon

The defendant, *(name)* Josephine County , is incorporated under

the laws of the State of *(name)*          OREGON          , and has its

principal place of business in the State of *(name)* 500 N.W. 6th St. Grants Pass

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy $75,000 to 10,000,000

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Since 2015 Josephine County has sold property seized under forfeiture of default on taxes by Judgment on Real Property total is over 2 million dollars sold at Auction, Board of Commissioners + Co. Attorney illegally amended a failed Ordinance 2013-002 into Law using Ordinance 90-16

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
My action is stop the malicious Harm and illegal enforcement and cleansing of citizens by Stealing their land each defendant is profiting and willfully participating knowingly they abuse the legal process - Hate Crime!

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Attach two Answers To cases I prepared, My Purpose is to stop the illegal actions of agents in Official Capacity Privateering and profiting subversively within Justice System There are over 900 properties and lives in jeopardy Cease and Desist All Action

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _8-7-2019_

Signature of Plaintiff    _(signature)_
Printed Name of Plaintiff    _Ronald Mellow_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____